UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C6 NOV 29 AM 10: 18

- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SANTIAGO ECHANIZ,

Defendant.

_____/

No.

1 : 06 CR 0286

Hon. **Robert Holmes Bell**
**Chief, U.S. District Judge**

**FELONY INFORMATION**

The United States Attorney charges:

## COUNT 1
(Harboring Illegal Aliens)

Between in or about 2002 and February 26, 2006, in Grand Traverse County, in the

Southern Division of the Western District of Michigan, the defendant,

SANTIAGO ECHANIZ,

knowingly encouraged, induced, or aided and abetted the encouragement and inducement of, one

or more aliens to reside in the United States, knowing or in reckless disregard that such residence

was in violation of law.

8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(1)(B)(ii)
18 U.S.C. § 2

## COUNT 2
(False Statement on Income Tax Return)

On or about April 14, 2005, in Grand Traverse County, in the Southern Division of the Western District of Michigan, the defendant,

### SANTIAGO ECHANIZ,

willfully made and subscribed a corporate income tax return, which contained a written declaration that it was made under penalty of perjury and was thereafter filed with the Internal Revenue Service, which said income tax return he did not believe to be true and correct as to every material matter in that it stated that during tax year 2004 "Shockeye, Inc." had received income of $765,362 and had paid $659,316 in contract labor expenses, whereas defendant then knew and believed that he was an employee of Rosenbaum-Cunningham International, Inc. ("RCI"); that RCI principally employed him to recruit, manage, and pay its workforce in Grand Traverse County, which workforce consisted largely of illegal aliens; that "Shockeye, Inc." was only a conduit through which RCI paid those employees; and that the claimed contract labor expenses of $659,316 in fact represented salary paid, through defendant, by RCI to its employees.

26  U.S.C. § 7206(1)

MARGARET M. CHIARA
United States Attorney

29 Nov 2006
Date

HAGEN WALTER FRANK
MATTHEW G. BORGULA
Assistant United States Attorneys